UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VINCENT A. DUVAL,

v.                                           Case No.: 8:12-cv-278-T-24-MAP
                                                         8:03-cr-131-T-24-MAP

UNITED STATES OF AMERICA
_____/

**ORDER**

This cause comes before the Court on Petitioner Vincent A. Duval's Motion for Certificate of Appealability. (Civ. Doc. 10). As explained below, the motion is denied.

Petitioner is not entitled to a Certificate of Appealability ("COA"). A prisoner seeking a writ of habeas corpus has no absolute entitlement to appeal a district court's denial of his petition. 28 U.S.C. § 2253(c)(1). Rather, a district court must first issue a COA. Id. "A [COA] may issue . . . only if the applicant has made a substantial showing of the denial of a constitutional right." Id. at § 2253(c)(2). To make such a showing, Petitioner "must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong," Tennard v. Dretke, 542 U.S. 274, 282 (2004) (quoting Slack v. McDaniel 529 U.S. 473, 484 (2000)), or that "the issues presented were 'adequate to deserve encouragement to proceed further,'" Miller-El v. Cockrell, 537 U.S. 322, 335-36 (2003) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 n.4 (1983)). Petitioner has not made the requisite showing in these circumstances.

Accordingly, it is ORDERED AND ADJUDGED that Petitioner's Motion for Certificate of Appealability (Civ. Doc. 10) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 3rd day of July, 2012.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
*Pro Se* Defendant